**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00041-CV**

**BARBARA MCCULLOUGH, Appellant**

**V.**

**KROGER TEXAS L.P., Appellee**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-01-00655-CV**

_____

**MEMORANDUM OPINION**

Barbara McCullough, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 28, 2023
Opinion Delivered June 29, 2023

Before Horton, Johnson and Wright, JJ.